No. 410, Misc.   WYBACK *v.* CRANOR, SUPERINTENDENT. Supreme Court of Washington.   Certiorari denied.

No. 411, Misc.   KEMMERER *v.* WARDEN, MICHIGAN STATE PENITENTIARY.   C. A. 6th Cir.   Certiorari denied.

No. 412, Misc.   GASTMAN *v.* NEW YORK.   Appellate Division of the Supreme Court of New York, First Judicial Department.   Certiorari denied.

No. 157, October Term, 1939.   WEBER *v.* UNITED STATES, 308 U. S. 590;

No. 268, October Term, 1948.   WEBER *v.* UNITED STATES, 335 U. S. 872;

No. 25.   UNITED STATES ET AL. *v.* ROCK ISLAND MOTOR TRANSIT CO. ET AL., 340 U. S. 419;

No. 38.   UNITED STATES ET AL. *v.* TEXAS & PACIFIC MOTOR TRANSPORT CO., 340 U. S. 450;

No. 39.   REGULAR COMMON CARRIER CONFERENCE OF AMERICAN TRUCKING ASSOCIATIONS, INC. *v.* TEXAS & PACIFIC MOTOR TRANSPORT CO., 340 U. S. 450;

No. 462.   HERWIG *v.* SCHOENEMAN, COMMISSIONER OF INTERNAL REVENUE, ET AL., 340 U. S. 935;

No. 508.   CONSUMER MAIL ORDER ASSOCIATION OF AMERICA ET AL. *v.* McGRATH, ATTORNEY GENERAL, 340 U. S. 925; and

No. 525.   ALLEN ET AL. *v.* BROTHERHOOD OF RAILROAD TRAINMEN, 340 U. S. 934.   Petitions for rehearing in these cases are severally denied.

No. 209.   EMICH MOTORS CORP. ET AL. *v.* GENERAL MOTORS CORP. ET AL., 340 U. S. 558.   Rehearing denied. MR. JUSTICE MINTON took no part in the consideration or decision of this application.